# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALONZO McKINNEY,<br><br>    Petitioner,<br><br>  v.<br><br>HEDGPETH,<br><br>    Respondent. | 1:14-cv-01271-GSA-HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE (ECF No. 12)<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS ON ATTORNEY GENERAL |
|---|---|

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. He has consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c).

On November 24, 2014, Petitioner filed his petition in the United States District Court for the Northern District of California. On January 9, 2015, Magistrate Judge Laurel Beeler of the Northern District of California issued an order dismissing Petitioner's first claim concerning prison conditions and transferring the action to this Court for consideration of the remaining two claims which challenge the execution of Petitioner's sentence. (ECF No. 4). Petitioner alleges that he was denied witnesses (including the reporting employee) and evidence at a disciplinary hearing on September 11, 2011 or earlier. Petitioner also alleges that he was denied witnesses (including the reporting employee) at a disciplinary hearing on or about May 9, 2011. Petitioner alleges that the length of his confinement was affected by both of these claims.

On March 18, 2015, the Court issued an order to show cause why the petition should not be dismissed for containing unexhausted claims and for violating the statute of limitations. (ECF No. 12). Petitioner filed a response indicating that he had exhausted the claims in his petition and that he raised these claims to the Bakersfield Superior Court, Fresno Appellate Court, and the California Supreme Court. Petitioner also indicates that he has complied with the statute of limitations. Based upon Petitioner's indication that he has exhausted his claims and that he complied with the statute of limitations, and good cause having been shown, the Court will discharge the pending order to show cause issued on March 18, 2015.

It is not clear from the face of the petition whether Petitioner is entitled to relief. 28 U.S.C. § 2243. Accordingly, pursuant to Rule 4 of the Rules Governing Section 2254 Cases and Rule 16 of the Federal Rules of Civil Procedure, the Court HEREBY ORDERS:

1. The Order to Show Cause issued on March 18, 2015, is DISCHARGED;

2. Respondent SHALL FILE a RESPONSE to the Petition within **SIXTY (60)** days of the date of service of this order. See Rule 4, Rules Governing Section 2254 Cases; Cluchette v. Rushen, 770 F.2d 1469, 1473-1474 (9th Cir. 1985) (court has discretion to fix time for filing a response). A Response can be made by filing one of the following:

   A. AN ANSWER addressing the merits of the Petition. Respondent SHALL INCLUDE with the Answer any and all transcripts or other documents necessary for the resolution of the issues presented in the Petition. See Rule 5(c), Rules Governing Section 2254 Cases. Any argument by Respondent that Petitioner has procedurally defaulted a claim SHALL BE MADE in the ANSWER, but must also address the merits of the claim asserted.

   B. A MOTION TO DISMISS the Petition. A Motion to Dismiss SHALL INCLUDE copies of all Petitioner's state court filings and dispositive rulings. See Rule 5(c), Rules Governing Section 2254 Cases.

2. If Respondent files an Answer to the Petition, Petitioner MAY FILE a Traverse

1   within **THIRTY (30)** days of the date Respondent's Answer is filed with the
2   Court. If no Traverse is filed, the Petition and Answer are deemed submitted at
3   the expiration of the thirty days.

4   3.   If Respondent files a Motion to Dismiss, Petitioner SHALL FILE an Opposition
5        or Statement of Non-Opposition within **TWENTY-ONE (21)** days of the date
6        Respondent's Motion is filed with the Court. Any Reply to an Opposition to the
7        Motion to Dismiss SHALL be filed within **SEVEN (7)** days after the opposition
8        is served. The Motion to Dismiss will be deemed submitted **TWENTY-EIGHT**
9        **(28)** days after the service of the Motion or when the Reply is filed, whichever
10       comes first. See Local Rule 230(l).

11  4.   Respondent SHALL COMPLETE and RETURN to the Court within **THIRTY**
12       **(30)** days a Consent/Decline form indicating whether Respondent consents or
13       declines to consent to the jurisdiction of a the United States Magistrate Judge
14       pursuant to Title 28 U.S.C. § 636(c)(1).

15  5.   The Clerk of the Court is DIRECTED to SERVE a copy of this order on the
16       Attorney General or her representative.

17   All motions shall be submitted on the record and briefs filed without oral argument unless
18 otherwise ordered by the Court.  Local Rule 230(l).  Extensions of time will only be granted
19 upon a showing of good cause. All provisions of Local Rule 110 are applicable to this order.

IT IS SO ORDERED.

Dated:   **June 23, 2015**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

3